Jennifer R. Lloyd, Esq.
Nevada Bar No. 9617
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: jl@h2law.com
Email: jwf@h2law.com

BRYAN CAVE LEIGHTON PAISNER LLP
Keith D. Klein, CA Bar No. 184846
*Will comply with LR IA 11-2 within 14 days*
David Harford, CA Bar No. 270696
*Will comply with LR IA 11-2 within 14 days*
120 Broadway, Suite 300
Santa Monica CA, 90401
Telephone: (310) 576-2100
Email: keith.klein@bclplaw.com
Email: david.harford@bclplaw.com

*Attorneys for Defendant*
*HCAFranchise Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRIER, LLC; SUSAN BRUKETTA; and HAROLD PASCOE,<br><br>Plaintiffs;<br><br>vs.<br><br>HCAFRANCHISE CORPORATION,<br><br>Defendant. | Case No. 2:22-cv-01325-GMN-EJY<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT HCAFRANCHISE CORPORATION TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

   Plaintiffs Terrier, LLC, Susan Bruketta, and Harold Pascoe (together, "Plaintiffs" or "Terrier") and Defendant HCAFranchise Corporation ("Defendant" or "HCA") hereby agree and stipulate to extend the date for Defendant to file and serve its answer or other responsive pleading, and in support of their stipulation, state the following:

   1.  The Complaint was filed on August 16, 2022 and the Court issued a Summons to HCA on August 17, 2022. (ECF Nos. 1, 10.)

   2.  HCA was personally served with the Summons and Complaint on August 18, 2022. (ECF No. 12.)

1

3. Pursuant to Rule 12(a)(1) of the Federal Rules of Civil Procedure, HCA has 21 days from the date of service (*i.e.*, until September 8, 2022) to file and serve its answer or other response to the Complaint.

4. On August 23, 2022, HCA retained the law firm Bryan Cave Leighton Paisner to take on the role of lead counsel in this case on behalf of HCA. As a result, HCA has requested, and Plaintiffs have agreed, to a two-week extension of time for HCA to file and serve its answer or other response to the Complaint.

5. Accordingly, HCA shall have until Thursday, September 22, 2022, to file and serve its answer or other response to the Complaint.

Dated: this 2nd day of September 2022.

**IT IS SO AGREED AND STIPULATED:**

| HOWARD & HOWARD ATTORNEYS PLLC | RIEZMAN BERGER, PC |
|---|---|
| By: /s/ Jonathan W. Fountain<br>Jennifer R. Lloyd, Esq.<br>Jonathan W. Fountain, Esq.<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, NV 89169<br>Tel. (702) 257-1483 | By: /s/ Charles S. Kramer<br>Charles S. Kramer, Esq.<br>Admitted *Pro Hac Vice*<br>7700 Bonhomme Ave., 7th Floor<br>St. Louis, MO 63105<br>Tel. (314) 727-6458 |
| BRYAN CAVE LEIGHTON PAISNER LLP<br>Keith D. Klein, CA Bar No. 184846<br>*Will comply with LR IA 11-2 within 14 days*<br>David Harford, CA Bar No. 270696<br>*Will comply with LR IA 11-2 within 14 days*<br>120 Broadway, Suite 300<br>Santa Monica CA, 90401<br>Tel. (310) 576-2100 | KAEMPFER CROWELL<br>Louis M. Bubala, III, Esq.<br>50 W. Liberty Street, Suite 700<br>Reno, NV 89501<br>Tel. (775) 852-3900<br><br>*Attorneys for Plaintiffs Terrier, LLC, Susan Bruketta, and Harold Pascoe* |

*Attorneys for Defendant HCAFranchise Corporation*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 2, 2022

4835-9029-2184, v. 1