Jennifer R. Lloyd, Esq.
Nevada Bar No. 9617
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: jl@h2law.com
Email: jwf@h2law.com

BRYAN CAVE LEIGHTON PAISNER LLP
Keith D. Klein, CA Bar No. 184846
(Admitted *pro hac vice*)
David Harford, CA Bar No. 270696
(Admitted *pro hac vice*)
120 Broadway, Suite 300
Santa Monica CA, 90401
Telephone: (310) 576-2100
Email: keith.klein@bclplaw.com
Email: david.harford@bclplaw.com

*Attorneys for Defendant*
*HCAFranchise Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRIER, LLC; SUSAN BRUKETTA; and HAROLD PASCOE,<br><br>Plaintiffs;<br><br>vs.<br><br>HCAFRANCHISE CORPORATION,<br><br>Defendant. | Case No. 2:22-cv-01325-GMN-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT AN AWARD OF ATTORNEYS' FEES OR COSTS TO ANY PARTY** |

1

Plaintiffs Terrier, LLC, Susan Bruketta, and Harold Pascoe (together, "Plaintiffs" or "Terrier") and Defendant HCAFranchise Corporation ("Defendant" or "HCA") hereby agree and stipulate to dismiss this action in its entirety, including, without limitation, all claims, counterclaims, cross-claims, or third party claims that have been alleged, or that could have been alleged, with prejudice, and without an award of attorneys' fees or costs made to any party.

Dated: this 3rd day of October 2022.

**IT IS SO AGREED AND STIPULATED:**

| HOWARD & HOWARD ATTORNEYS PLLC | RIEZMAN BERGER, PC |
|---|---|
| By: /s/ Jonathan W. Fountain<br>Jennifer R. Lloyd, Esq.<br>Jonathan W. Fountain, Esq.<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, NV 89169<br>Tel. (702) 257-1483 | By: /s/ Charles S. Kramer<br>Charles S. Kramer, Esq.<br>(Admitted *pro hac vice*)<br>7700 Bonhomme Ave., 7th Floor<br>St. Louis, MO 63105<br>Tel. (314) 727-6458 |
| BRYAN CAVE LEIGHTON PAISNER LLP<br>Keith D. Klein, CA Bar No. 184846<br>(Admitted *pro hac vice*)<br>David Harford, CA Bar No. 270696<br>(Admitted *pro hac vice*)<br>120 Broadway, Suite 300<br>Santa Monica CA, 90401<br>Tel. (310) 576-2100 | KAEMPFER CROWELL<br>Louis M. Bubala, III, Esq.<br>50 W. Liberty Street, Suite 700<br>Reno, NV 89501<br>Tel. (775) 852-3900 |
| *Attorneys for Defendant*<br>*HCAFranchise Corporation* | *Attorneys for Plaintiffs Terrier, LLC, Susan Bruketta, and Harold Pascoe* |

**IT IS SO ORDERED.**

Dated this __3__ day of October, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT